UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| COLT DEFENSE LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 05-90-P-S |
| | ) |
| BUSHMASTER FIREARMS, INC., | ) |
| Defendant. | ) |
| | ) |
| | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 42) filed February 2, 2006, the Recommended Decision is affirmed.

Accordingly, it is **ORDERED** that Defendant's Motion for Partial Summary Judgment (Docket No. 32) is **GRANTED**.

/s/ George Z. Singal
Chief United States District Judge

Dated this 22nd day of February, 2006.